# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Cynthia Fisher,** | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-225-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Walgreens**,** | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court on Remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2019 Order.

March 29, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court